F I L E D
AT WICHITA, KS
APR 1 2 2010
CLERK
U.S. Court of Bankruptcy
By_____ Deputy

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

LEHMAN, ATHENA LYNN
LEHMAN, LEONARD MICHAEL

Bankruptcy No. 07-12269
Chapter 7

Debtor(s)

## REPORT OF OUTSTANDING CHECKS

COMES NOW, D. Michael Case, Trustee of the above referenced bankruptcy estate, and reports that the following listed check(s) have been issued and mailed but were either undeliverable and returned or that more than ninety (90) days have elapsed and said checks were not presented to the depository:

| Check No. | Payee | Amount |
|---|---|---|
| 10102 | OSI<br>PO Box 947<br>Brookfield, WI 53008-0947 | $27.87 |

Accompanying this Report is Check No. 10108 in the amount of $27.87 made payable to the Clerk of the U.S. Bankruptcy Court for deposit into the U.S. Treasury Account as unclaimed funds.

```
UNITED STATES
BANKRUPTCY CT-KANSAS
     Wichita Division
# 00127628 - RD
April 12, 2010   0

Code    Case #   Qty    Amount
UNCLAIM 07-12269        27.87 CH
  Debtor - LEHMAN

TOTAL#   27.87


FROM: CASE MOSES ZIMMERMAN & WILSON
      400 COMMERCE BANK CENTER
      150 N. MAIN
      WICHITA, KS 67202-1321
```

CASE, MOSES, ZIMMERMAN & MARTIN, P.A.

_____
D. Michael Case, #7491
900 Garvey Center
200 West Douglas Avenue
Wichita, KS 67202-3009
(316) 303-0100